**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III** (SBN 118694)
jgriffin@johnnygriffinlaw.com
**MANOLO OLASO** (SBN 195629)
molaso@johnnygriffinlaw.com
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff BOOKER COOK

**PORTER SCOTT**
*Carl L. Fessenden, SBN 161494*
*David R. Norton, SBN 291448*
*Larissa C. Celaya, SBN 332882*
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: cfessenden@porterscott.com
dnorton@porterscott.com
lcelaya@porterscott.com

Attorneys for Defendants BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, (also erroneously sued as CALIFORNIA STATE UNIVERSITY, SACRAMENTO; and STATE OF CALIFORNIA) and ELVIA RAMIREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOKER COOK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY; CALIFORNIA STATE UNIVERSITY, SACRAMENTO; STATE OF CALIFORNIA; ELVIA RAMIREZ, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: 2:23-cv-00843-DJC-CKD <br><br> **JOINT STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF BOOKER COOK TO FILE SECOND AMENDED COMPLAINT** <br><br> Complaint Filed (Sacramento County): 10/14/2022 <br> First Amended Complaint Filed (Sacramento County: 12/16/2022 <br> Notice of Removal Filed: May 4, 2023 |

Joint Stipulation and Order For Leave For Plaintiff Booker Cook to File Second Amended Complaint
Booker Cook v. California State University, Sacramento, et al.
Case No. 2:23-cv-00843-DJC-CKD

1

Pursuant to Federal Rule of Civil Procedure 15 (a)(2), Plaintiff, BOOKER COOK, and Defendants, BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, CALIFORNIA STATE UNIVERSITY, SACRAMENTO, STATE OF CALIFORNIA, and ELVIA RAMIREZ, hereby stipulate and agree that Plaintiff BOOKER COOK shall have leave to file a Second Amended Complaint.

Plaintiff BOOKER COOK'S First Amended Complaint includes an age claim under the Age Discrimination in Employment Act (ADEA)(discrimination; harassment; retaliation).  The parties stipulate and agree that the purpose in filing a Second Amended Complaint is to exclude, without prejudice, an age claim under the Age Discrimination in Employment Act (ADEA)(discrimination; harassment; retaliation) because currently it appears that the BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY/CALIFORNIA STATE UNIVERSITY, SACRAMENTO is an arm of the State of California and has not waived sovereign immunity/Eleventh Amendment immunity.

The parties stipulate and agree that if Plaintiff uncovers evidence during formal discovery that the BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY (CALIFORNIA STATE UNIVERSITY, SACRAMENTO) waived sovereign immunity/Eleventh Amendment immunity, Plaintiff shall then seek leave to file a Third Amended Complaint to include an age claim under the Age Discrimination in Employment Act (ADEA)(discrimination; harassment; retaliation). The parties hereby stipulate and agree that Plaintiff shall file his Second Amended Complaint no later than 10 days after leave is granted.

///

///

///

Joint Stipulation and Order For Leave For Plaintiff Booker Cook to File Second Amended Complaint
Booker Cook v. California State University, Sacramento, et al.
Case No. 2:23-cv-00843-DJC-CKD

2

| | | |
|---|---|---|
| 1 | Date: June  5 , 2023 | /s/ Manolo Olaso |
| 2 | | Manolo Olaso |
| | | Law Offices of Johnny L. Griffin, III |
| 3 | | Attorneys for Plaintiff BOOKER COOK |
| 4 | /// | |
| 5 | Dated: June 5, 2023 | PORTER SCOTT |
| | | A PROFESSIONAL CORPORATION |
| 6 | | |
| 7 | | By    /s/ David R. Norton (as approved on 6/5/23) |
| | | Carl L. Fessenden |
| 8 | | David R. Norton |
| | | Larissa C. Celaya |
| 9 | | Attorneys for Defendants BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY; CALIFORNIA STATE UNIVERSITY, SACRAMENTO; STATE OF CALIFORNIA; ELVIA RAMIREZ |

**IT IS SO ORDERED.**

Dated:  June 5, 2023                     /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Joint Stipulation and Order For Leave For Plaintiff Booker Cook to File Second Amended Complaint
Booker Cook v. California State University, Sacramento, et al.
Case No. 2:23-cv-00843-DJC-CKD                                                          3