**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
Larissa C. Celaya, SBN 332882
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: cfessenden@porterscott.com
dnorton@porterscott.com
lcelaya@porterscott.com

Attorneys for Defendants BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, (also erroneously sued as CALIFORNIA STATE UNIVERSITY, SACRAMENTO; and STATE OF CALIFORNIA) and ELVIA RAMIREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOKER COOK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY; CALIFORNIA STATE UNIVERSITY, SACRAMENTO; STATE OF CALIFORNIA; ELVIA RAMIREZ, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____/ | CASE NO.: 2:23-cv-00843-DJC-CKD<br><br>**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**<br><br>Complaint Filed: 10/14/2022<br>First Amended Complaint Filed: 12/16/2022<br>Removed: 5/5/2023<br>Second Amended Complaint Filed: 6/16/2023 |

This Stipulation is entered into by and between Plaintiff BOOKER COOK ("Plaintiff") and Defendants BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, (also erroneously sued as CALIFORNIA STATE UNIVERSITY, SACRAMENTO; and STATE OF CALIFORNIA) and ELVIA RAMIREZ ("Defendants") through their respective counsel of record. The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the scheduling order. The parties request to briefly continue the non-expert discovery deadline for 60 days solely as it pertains to the deposition of one third-party witness.

WHEREAS, trial is currently set for June 16, 2025;

WHEREAS, on July 6, 2023, the Court issued a Scheduling Order setting the non-expert discovery cut-off date as June 14, 2024;

WHEREAS, the parties have diligently been participating in non-expert discovery, including the exchange of several sets of written discovery and conducting depositions;

WHEREAS, the parties intend to complete one additional deposition of third-party witness Dr. Boatamo Mosupyoe. However, due to scheduling conflicts between counsel and the witness, the parties are unable to complete the deposition prior to the close of discovery;

WHEREAS, the parties have conferred and propose that the non-expert discovery deadline be continued to August 14, 2024 solely as it pertains to the completion of the deposition of Dr. Mosupyoe and any related motions arising out of such deposition.

**IT IS SO STIPULATED.**

Dated: June 5, 2024

PORTER SCOTT
A PROFESSIONAL CORPORATION

By   */s/ David R. Norton*
    Carl L. Fessenden
    David R. Norton
    Larissa C. Celaya
    Attorneys for Defendants BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY and ELVIA RAMIREZ

Dated: June 4, 2024

Law Offices of Johnny L. Griffin, III

By   _____
    Johnny L. Griffin, III
    Manolo Olaso
    Attorneys for Plaintiff BOOKER COOK

# **ORDER**

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, the deadline for Non-Expert Discovery is extended to August 14, 2024 solely as it pertains to the completion of the deposition of Dr. Boatamo Mosupyoe and any related motions arising out of such deposition.

**IT IS SO ORDERED.**

Dated:  June 5, 2024          /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE