**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
Larissa C. Celaya, SBN 332882
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: cfessenden@porterscott.com
dnorton@porterscott.com
lcelaya@porterscott.com

Attorneys for Defendants BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, (*also erroneously sued as* CALIFORNIA STATE UNIVERSITY, SACRAMENTO; and STATE OF CALIFORNIA) and ELVIA RAMIREZ

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOKER COOK, an individual,<br><br>　　　　Plaintiff,<br>v.<br><br>BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY; CALIFORNIA STATE UNIVERSITY, SACRAMENTO; STATE OF CALIFORNIA; ELVIA RAMIREZ, an individual; and DOES 1 through 50, inclusive,<br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | **CASE NO.: 2:23-cv-00843-DJC-CKD**<br><br>**ORDER GRANTING DEFENDANTS BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY AND ELVIA RAMIREZ'S REQUEST TO SEAL DOCUMENTS**<br><br>Complaint Filed: 10/14/2022<br>First Amended Complaint Filed: 12/16/2022<br>Removed: 5/5/2023<br>Second Amended Complaint Filed: 6/16/2023 |

　　Defendants BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, (*also erroneously sued as* CALIFORNIA STATE UNIVERSITY, SACRAMENTO; and STATE OF CALIFORNIA) and ELVIA RAMIREZ ("Defendants") hereby request that the below identified Exhibits to Defendants' Index of Exhibits to be filed in support of Defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgement be sealed or redacted pursuant to Eastern District of California's Local Rules, Rules 140 and 141.

/ / /

**ORDER**

Having reviewed the matter and considered the arguments of the parties, the Court rules as follows:

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that Defendants' Request to Seal is granted as to the following documents:

1. Dr. Martin Boston's Application Materials for the 2021 PAS Position (DEF 002386-002511);

2. Dr. Clarence George III's Application Materials for the 2021 PAS Position (DEF 002512-002549);

3. Dr. Elvia Ramirez's screening criteria for the 2021 PAS Position (DEF 002173-002175);

4. Dr. Elvia Ramirez's top list for the 2021 PAS Position (DEF 002982-002987);

5. Search committee emails which identify applicants recommended for interview (DEF 002150-002151); and

6. Search committee emails which identify the ranking of applicants after interviews were conducted (DEF 002153-002154).

**IT IS SO ORDERED.**

Dated: December 17, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE