1   **LAW OFFICES OF JOHNNY L. GRIFFIN III**
    **JOHNNY L. GRIFFIN, III** (SBN 118694)
2   **MANOLO OLASO** (SBN 195629)
    1010 F Street, Suite 200
3   Sacramento, California 95814
    Telephone: (916) 444-5557
4   Fax: (916) 444-5558
    Email: jgriffin@johnnygriffinlaw.com;
5   molaso@johnnygriffinlaw.com

6   Attorneys for Plaintiff BOOKER COOK

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                    **SACRAMENTO DIVISION**
10

11   | BOOKER COOK, an individual, | Case No.: 2:23-cv-00843-DJC-CKD |
     | --- | --- |
12   | Plaintiff, | **Order re: Plaintiff Booker Cook's Request to Seal Documents** |
13   | vs. | |
     | | Before the Honorable District Judge Daniel J. Calabretta |
14   | BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY; CALIFORNIA | |
15   | STATE UNIVERSITY, SACRAMENTO; STATE OF CALIFORNIA; ELVIA | |
16   | RAMIREZ, | |
17   | Defendants. | |

18

19                              **ORDER**

20       The Court has reviewed Plaintiff's Notice of Request to Seal, Request to Seal, Declaration of

21   Manolo Olaso, and copy of the document to be sealed (investigator report) and finds good cause to

22   grant the request to seal based on compelling interest. The request to file under seal is granted as to

23   the following documents:

24       Exhibit 4 to the Declaration of Booker Cook (filed in support of his opposition to the

25   defendants' motion for summary judgment (ECF Docs. 20 through 20-6)). Exhibit 4 is a 41-page

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200: Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

[Proposed] Order re: Plaintiff's Request to Seal
Booker Cook v. Board of Trustees of California State University, et al.
Case No.: 2:23-cv-00843-DJC-CKD

1

investigation report dated May 6, 2022 and written by Investigator Susan Hua who was retained by

defendants to investigate Plaintiff's complaint of discrimination. The report is Bates stamped

PL000017 through PL000057, produced in discovery by Plaintiff on 09/13/2023.

Exhibit 5 to the Declaration of Manolo Olaso (filed in support of Plaintiff's opposition to the

defendants' motion for summary judgment (ECF Docs. 20 through 20-6)). Exhibit 5 is a 21-page

document which consists of excerpts of the same investigation report that is Exhibit 4 to the

Declaration of Booker Cook.

**IT IS SO ORDERED.**

Dated:  January 6, 2025                                           /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

[Proposed] Order re: Plaintiff's Request to Seal
Booker Cook v. Board of Trustees of California State University, et al.
Case No.: 2:23-cv-00843-DJC-CKD

2