**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III** (SBN 118694)
jgriffin@johnnygriffinlaw.com
**MANOLO OLASO** (SBN 195629)
molaso@johnnygriffinlaw.com
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff BOOKER COOK

**PORTER SCOTT**
*Carl L. Fessenden, SBN 161494*
*David R. Norton, SBN 291448*
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: cfessenden@porterscott.com
dnorton@porterscott.com

Attorneys for Defendants BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, (also erroneously sued as CALIFORNIA STATE UNIVERSITY, SACRAMENTO; and STATE OF CALIFORNIA) and ELVIA RAMIREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOKER COOK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY; CALIFORNIA STATE UNIVERSITY, SACRAMENTO; STATE OF CALIFORNIA; ELVIA RAMIREZ, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: 2:23-cv-00843-DJC-CKD <br><br> **STIPULATION and ORDER FOR DISMISSAL [FRCP 41(a)(1)(A)(ii)]** <br><br> Complaint Filed (Sacramento County): 10/14/2022 <br> First Amended Complaint Filed (Sacramento County: 12/16/2022 <br> Notice of Removal Filed: May 4, 2023 |

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

STIPULATION and ORDER FOR DISMISSAL [FRCP 41(a)(1)(A)(ii)]                1
Booker Cook v. California State University, Sacramento, et al.
Case No. 2:23-cv-00843-DJC-CKD

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby

stipulated, by and between Plaintiff BOOKER COOK, Defendants BOARD OF TRUSTEES OF

CALIFORNIA STATE UNIVERSITY (also erroneously sued as CALIFORNIA STATE

UNIVERSITY, SACRAMENTO and STATE OF CALIFORNIA) and ELVIA RAMIREZ that this

entire action shall be dismissed with prejudice as to all parties. The parties have authorized their

respective counsel to sign this stipulation on their behalf. The parties shall bear their own costs and

attorneys' fees.

Dated: June 11, 2025

/s/ Manolo Olaso_____
Manolo Olaso
Law Offices of Johnny L. Griffin, III
Attorneys for Plaintiff BOOKER COOK


Dated: June 11 , 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: /s/ David R. Norton_____
        Carl L. Fessenden
        David R. Norton
        Attorneys for Defendants BOARD OF
        TRUSTEES OF CALIFORNIA STATE
        UNIVERSITY; CALIFORNIA STATE
        UNIVERSITY, SACRAMENTO; STATE OF
        CALIFORNIA; ELVIA RAMIREZ
(signature expressly authorized on June 10, 2025)

**IT IS SO ORDERED.**

Dated:  June 11, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

STIPULATION and ORDER FOR DISMISSAL [FRCP 41(a)(1)(A)(ii)]
Booker Cook v. California State University, Sacramento, et al.
Case No. 2:23-cv-00843-DJC-CKD

2